669 A.2d 910

Tom LINGENFELTER, Appellant,

v.

COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA, Hon. Kenneth Biehn, P.J., Hon. Isaac S. Garb, Hon. William Hart Rufe, III, Hon. Edward G. Biester, Jr., Hon. Leonard R. Sokolove, Hon. Michael J. Kane, Hon. Ward F. Clark, Hon. Susan Devlin Scott, Hon. John J. Rufe, Hon. R. Barry McAndrews, Hon. Cynthia M. Weaver and Michael Fitzpatrick, Appellees.

Supreme Court of Pennsylvania.

Dec. 29, 1995.

## ORDER

PER CURIAM.

AND NOW, this 29th day of December, 1995, the order of the Commonwealth Court is hereby affirmed.

Mr. Justice MONTEMURO participates by designation as a senior judge as provided by Rule of Judicial Administration 701(f).